CC7JTRAS                      Sentence

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                          S4 09 Cr. 1239-8 PKC

5    FELIX TRANGHESE, et al.,

6              Defendants.

7    ------------------------------x

8

9                                      December 7, 2012
                                       12:10 p.m.
10

11

12   Before:

13                      HON. P. KEVIN CASTEL,

14                                      District Judge

15

16                      APPEARANCES

17

18   PREET BHARARA,
          United States Attorney for the
19        Southern District of New York
     NICHOLAS LLOYD McQUAID,
20   DANIEL SACHS GOLDMAN,
          Assistant United States Attorneys
21

22   F. MICHAEL JOSEPH,
          Attorney for defendant Tranghese

23   Also Present:
          JOY ADAM, Special Agent FBI
24

25

CC7JTRAS                          Sentence

1            (In open court)

2            (Case called)

3            THE COURT:  Please be seated.

4       Good afternoon, Mr. Joseph.  What I want to begin by

5    doing is going through the materials I have, and the question

6    will be whether I have everything I should have.

7            MR. JOSEPH:  Very well, your Honor.

8            THE COURT:  You can be seated while I do this.

9        I have a presentence report, recommendation and

10   addendum approved by Probation on or about November 27th, 2012.

11   I have a sentencing memorandum from you, dated November 27,

12   2012, which is accompanied by a binder of materials that

13   includes materials about I guess a chronology of

14   Mr. Tranghese's life and various letters that are enclosed with

15   it.  I have the government's sentencing memorandum which, while

16   I don't have an exact date on it, is nine pages in length.

17           Do I have everything I should have?

18           MR. JOSEPH:  Yes, your Honor.

19           THE COURT:  Has the defendant, in fact, read, reviewed

20   and discussed with you the foregoing materials?

21           MR. JOSEPH:  Yes, your Honor.

22           THE COURT:  Does the defendant have any objections to

23   the facts set forth in the presentence report?

24           MR. JOSEPH:  None, your Honor.

25           THE COURT:  Does the defendant have any objections to

CC7JTRAS                          Sentence

1    the facts set forth in the government's sentencing memorandum?

2              MR. JOSEPH:  No, your Honor.

3              THE COURT:  Does the defendant have any objections to

4    the guideline calculations set forth in the presentence report?

5              MR. JOSEPH:  No, your Honor.

6              THE COURT:  Thank you.

7              Mr. McQuaid, do I have everything I should have?

8              MR. McQUAID:  Yes, Judge.

9              THE COURT:  I will also note just for the record here,

10   I see that I also have a letter, dated September 26, 2012, from

11   the Geo Group that operates a correctional facility, and they

12   speak about the defendant's work.  So I have that as well.

13             Does the government have any objections to the facts

14   set forth in the presentence report?

15             MR. McQUAID:  No, Judge, nor the guidelines

16   calculation.

17             THE COURT:  At this point, I will hear the

18   government's motion under 3553 (e).

19             MR. McQUAID:  Thank you, Judge.

20             Judge, I'll be brief and will rely primarily on the

21   submission that we made to your Honor.  First of all, as a

22   matter of procedure, we do formally move under 5K1 for a below

23   guidelines sentence for Mr. Tranghese and to remove the

24   mandatory minimums.

25             THE COURT:  Without objection, based on my review of

1    the submissions, that application is granted.

2              MR. McQUAID:   Thank you, your Honor.

3              Your Honor, I would emphasize three points I think

4    jump off the page in both the government's submission, but also

5    your Honor has obviously seen Mr. Tranghese testify twice

6    before your Honor, but I think they all bear emphasis in

7    fashioning an appropriate sentence.

8              The first is the significance of Mr. Tranghese's

9    cooperation.  He was a critical witness at our trials against

10   the Geas brothers and again guns Emilio Fusco.  His testimony

11   regarding the Bruno murder was critical to the government's

12   case.  It explained the story.  It connected the various

13   players, and without it the government's case would have been

14   significantly weaker.

15             That testimony resulted in the conviction of the Geas

16   brothers and Mr. Bruno and obviously contributed to your

17   Honor's determination of the appropriate sentence for Mr. Fusco

18   because your Honor found by the evidence at trial that by a

19   preponderance that he was responsible for that murder.  That is

20   substantial assistance, in our view, against very important

21   criminals and was a substantial assistance to the government.

22             The second point, your Honor, and I think this is

23   equally important, is that the decision that Mr. Tranghese made

24   to cooperate against the Genovese crime family is by any

25   estimation a courageous one.  There is no question at this

1    trial, the trials your Honor sat through were fine examples of

2    this, and your Honor was already familiar with this, that the

3    mob takes cooperation terribly seriously, in fact, the most

4    seriously of any offense that can be done against them, and

5    Mr. Tranghese knows that and still made the decision to accept

6    responsibility for his own actions and to be willing to take

7    the stand in open court and reveal his cooperation.

8            He did that talking about a set of events where people

9    died for that same action who only spoke once to an FBI agent.

10   That is courageous by any stretch and is worthy of serious

11   consideration in fashioning an appropriate sentence.

12           The final point, and I think this also was clear from

13   seeing Mr. Tranghese in court, is that in dealing with the

14   agents and dealing with the prosecutors, he was a gentleman, he

15   was easy to work with, and was respectful, responsive, focused

16   and made every effort to be a good witness.  He was a pleasure

17   to deal with as a prosecutor and for the agents as well.  I

18   think that is important, but less important than the other two

19   considerations but something that should be considered as well.

20           So if your Honor has any questions, I am happy to

21   answer them, but otherwise we are happy to rest on our

22   submission.

23           THE COURT:  All right.  I think at this point, is

24   there a victim statement to be made?

25           MR. McQUAID:  There is.  Mr. Bruno would like to be

CC7JTRAS                          Sentence

heard at sentencing, and he is here in court today.

THE COURT:  This is perhaps an appropriate time.

Mr. Bruno.

MR. VICTOR BRUNO:  Thank you, your Honor.

Felix, November 23rd, 2003, from then until now I can't begin to describe what I've been through and still go through.  You took my father, my best friend, away from me.  I think about that every day.

I think about things like what I could have done, how I could have prevented it.  I think about how my father will never meet my daughter or the rest of my family.  He is gone.  It is very hard for me to let go.

I don't expect you to care because I've known you most of my life.  I watched your testimony and I thought you were supposed to tell the truth under oath.  You want to know what you did?  You did a horrible job on the stand portraying the fact that you were a street guy with morals and only robbed guys, street guys.  Well, I know the real Felix Tranghese.  He is a much different guy as he portrayed in his notes and to the government.

As long as I can remember he has lied and robbed everyone that crossed in his path.  Your lies were known from coast to coast in every family in organized crime.  I know first hand he lost every sitdown meeting with his own brothers.  My father used to say you tell one lie, you tell a thousand.

CC7JTRAS                          Sentence

1          In my life, you can't do this.  You could have run any

2  business without supervision.  You robbed even legitimate

3  people.  If they were your partners, they were forced out by

4  intimidation or left because the business eventually failed.

5  You were a failure at everything you've done.

6          One thing my father told me before he was murdered,

7  two guys he proposed in my life turned on me.  That was you and

8  Anthony Arillotta.

9          You guys organized my father's murder.  My father

10 proposed you to become a member in 1982.  You made a decision

11 on your own.  You wanted to become a member.  You should have

12 stayed in the Air Force and became a man, not a rat like your

13 accomplice Anthony Arillotta.

14         You were always jealous of my father from his

15 political connections on the street and in business.  You

16 couldn't travel in many circles that he could.  He was a man of

17 honor, integrity, dignity and loyalty, a family man.  He

18 donated to charities, he helped the poor and unfortunate, and

19 then believed in certain things, drugs and prostitution.

20         He chose his life and he paid his debt to society when

21 he broke the law.  I bet you I couldn't find one person to say

22 one good thing about you except the government because today

23 they will ask the judge for leniency for your cooperation.

24         Well, your Honor, I want to ask you opposite.  I want

25 to ask you, you give him life.  Yes, life for taking my

1   father's life, not a reward for the lies and useless

2   information he provided.  Keep in mind the government had

3   already obtained the 30 pieces of silver from Anthony

4   Arillotta, Frank Roche and Mario Ambisi, and last but not

5   lease, the FBI informant John Bologna.

6          Felix, you were quick to turn on my father, and one

7   day in early 2000 you came into my restaurant.  I said what's

8   he doing here?  My father replied:  I'm going to give him

9   another chance.  I said what is your famous line?  He said

10  leopards don't change their spots.  I am going to give him

11  another chance, and the traitor came out in you again.

12         Later you get together with Anthony and John to

13  discuss my father was an informant.  You knew my father loved

14  who he was.  He would never become a rat like you.  I have read

15  the 302 report with Special Agent Fagenses which was written to

16  my father in 2002.  That document and the PSR was grossly put

17  together.

18         That was all Felix and Anthony needed.  They plotted

19  to kill my father, portraying him as a rat, which was proven to

20  be untrue, and you knew it, but neither of you nor the

21  government cared.  That was enough to seal his fate.  He was a

22  dead man walking.

23         You had no regard for him or his family, nor did the

24  government.  Respectfully, two days before my father's murder,

25  your Honor, the FBI were listening live trying to set my father

1    up on a real estate scam for another individual trying to get

2    himself out of government sentence.

3           All you could see is the facts that you would be the

4    next boss in Springfield.  You were next in line.  You would

5    get your revenge because Anthony Arillotta told you stories of

6    how my father dug a hole for you and his orders, while he was

7    on the, "pay no mind list."  That was a good one and I've got

8    to give Anthony credit for that.

9           You were played.  You were outsmarted by the same

10   Judas that fooled my father, Anthony Arillotta.  He was already

11   made, orchestrating the plot to murder my father and again the

12   FBI informant, John Bologna.

13          Your Honor, it baffles me that Felix was complicit of

14   my father's murder along with Anthony and John Bologna, that

15   Frank Roche would get a reduced sentence, yet you give Felix --

16   that you give Mr. Fusco 25 years, and he was absolved of the

17   two murders at the last trial.  I wonder how this Court will

18   reward this noble fellow.

19          In closing, your Honor, this man and the next three

20   informants that will come before you, I feel they were

21   instrumental in the assassination of my father.  Despite the

22   fact my father was in that life, a cold-blooded murder should

23   not be justified.  Felix comes before you today to absolve

24   himself for the punishment he richly deserves.

25          And, Felix, I have to say to you, I hope your sole

CC7JTRAS                          Sentence

1  will burn like the scar in the palm of your hand that day that

2  you were inducted into the family for what you've done to my

3  father.

4              THE COURT:  Thank you, Mr. Bruno.

5              MR. VICTOR BRUNO:  Thank you, your Honor.

6              THE COURT:  All right.  Mr. Joseph, this is your

7  opportunity to speak.

8              MR. JOSEPH:  Thank you, your Honor.  May I use the

9  podium?

10             THE COURT:  You may.

11             MR. JOSEPH:  Your Honor, at the outset I would like to

12 tell you that Mr. Tranghese accepts complete and full

13 responsibility for all of the crimes that he has committed and

14 for the crimes that he has pled guilty to before you, your

15 Honor, and also at the outset I will ask you to allow

16 Mr. Tranghese to return home today for time-served.

17             I am not asking you to do that for the reasons

18 normally given.  You were here during both trials.  You know

19 what Felix Tranghese did.  You also know what he didn't do.

20             I am not here to tell you any different.  Those were

21 the trials and that's what happened.  I am here to tell you

22 about Felix, the man.  I have known the Tranghese family for

23 about 40 years, for as long as I've practiced law and a little

24 before that.  I knew Felix when he was a high school senior,

25 and 40 years later we are here before you, your Honor, for your

CC7JTRAS                         Sentence

1    judgment.

2             Felix, the man, is an outstanding citizen.  Everybody

3    that comes before your Honor says his family misses him, his

4    children need him, his mother and father are brokenhearted.

5             That is true with Felix.  His wife, his children sit

6    before you, and while I'm talking about his children, his two

7    boys, I might also tell you, which is the reflection of Felix

8    Tranghese, they are straight A students in East Long Meadow

9    High School, and I even have their transcripts here for your

10   review if you would like to do so.  B plus to A plus, football

11   players, sports enthusiasts and community members.

12            The main reason why Felix Tranghese should go home

13   besides his cooperation, besides the tremendous danger

14   exhibited or put on him because of what he did in this

15   courtroom, and believe me, it is real, as you know, is again

16   Felix the man.

17            In my memorandum to you, I gave you some examples of

18   people who have a very high regard for Felix Tranghese, as do

19   I.  There is a letter from the CEO of a very prominent

20   international corporation that you received that talks about a

21   little boy that had autism that played football.  Felix not

22   only took him under his wing, but Felix took a course in how to

23   deal with autistic children to deal with this young lad.

24            There are letters that you've read that talk about

25   kids that were hurt, and Felix was the only one that came to

CC7JTRAS                          Sentence

1   their aid.  There is a letter there from his prior employer,

2   raving about Felix Tranghese's performance.  He has always been

3   a gentleman and an asset to the company, and he has a job

4   waiting.

5          Again I told you that I've known the Tranghese family

6   for 40 years, and his mother who he lost about two months ago,

7   and his father is in a nursing home right now, he is 95, and a

8   super, super gentleman, he is not here today.

9          But Mr. Felix Tranghese treated his family, treated

10  the community he lived in and also treated himself as always an

11  employed businessman who always had a job, always had a

12  restaurant, always did business.  He's not a guy that hung out

13  at bars at night with the rest of them or in the coffee shops.

14  He was hard at work coaching football, designing restaurants.

15          As a matter of fact, I brought a cookbook that he made

16  himself.  It is dedicated to his mother, Lucille, and I would

17  give it to your Honor, but it is my last copy.  You may peruse

18  it if you like.

19          You also got a letter from the warden, which I must

20  tell you is totally unsolicited.  But lastly, your Honor, I

21  really have to impress upon you that I know this man.  He has

22  been out of that business for many, many years.  He has got his

23  own business.  He is his own man and he is extremely an asset

24  to whoever comes in contact with him.

25          Even though I said I am not here to tell you that I am

CC7JTRAS                         Sentence

1    here to ask you for time-served because of his family, Felix

2    Tranghese is the ultimate father.  He is the ultimate husband.

3    He is the ultimate brother.  He is the ultimate son, and he is,

4    indeed, an ultimate citizen.

5              Thank you for your time.

6              THE COURT:  Thank you.

7              Mr. Tranghese, this is your opportunity to speak, to

8    address the court directly, to bring to my attention any facts

9    or circumstances that you believe I should take account of

10   today.  If there is anything you wish to say, this is the time

11   to say it.

12             THE DEFENDANT:  I think my attorney covered everything

13   for me, sir.  It is just the way I feel is what he said.

14             THE COURT:  Thank you.

15             THE DEFENDANT:  I appreciate the opportunity.

16             THE COURT:  This is the court's statement of the

17   reasons for the sentence to be imposed on Felix Tranghese.

18             In sentencing Mr. Tranghese, I've taken into account

19   all of the materials I cited at the outset, including, or I

20   should say in addition to those materials, the two trials in

21   which Mr. Tranghese testified as a witness over which I

22   presided.  I've considered each of the factors set forth in the

23   sentencing statute, Section 3553 (a).  I need not recount all

24   that I've considered, but I will mention some of it.

25             The defendant entered a plea of guilty to seven counts

1    of the charging document, including participation in a

2    conspiracy, and aiding the murder of Adolfo Bruno,

3    participating in extortion activities, threatening injury to

4    owners of a vending machine business and other activities.

5           Mr. Tranghese was a made member of the Genovese crime

6    family.  He was placed on the shelf or put on the "pay him no

7    mind" list in or about 2006.  I've considered the history and

8    characteristics of the defendant.  The defendant is about 60

9    years of age.  He had a very promising beginning in his life,

10   and at one point appears was accepted to the United States

11   Military Academy at West Point.  An injury precluded him from

12   attending, but he got off the track.

13          He appears to have had a good upbringing, and yet he

14   went seriously off the track and a man who probably didn't need

15   to, as it later turned out.  He was able to hold a job April

16   2008 to July 2010, which for that brief period at least paid

17   handsomely.  During the prior period of incarceration he had

18   aviation ground school training.  He was in the U.S. Air Force.

19   This is a man who could have taken a different route, but did

20   not.

21          He participated in the conspiracy to murder Adolfo

22   Bruno by bringing an excerpt from Emilio Fusco's presentence

23   report to Mr. Nigro in New York and others, and that led to the

24   order being given to kill Mr. Bruno, and he was, in fact,

25   killed.

1           Mr. Tranghese did not, so far as I could tell from the

2    testimony before me, stand in any leadership position within

3    this operation, and as noted, to I think to his disappointment

4    and upset-ment, he was shelved.

5           There has been good in the man's life.  I read the

6    materials Mr. Joseph referenced, and I can see that.  It really

7    says more to me that it could have been a different path than

8    the path that was taken.

9           I've considered the need to impose just punishment, to

10   deter others from crimes of this nature and to protect the

11   public from further crimes of this defendant.  Let me say that

12   in terms of protecting the public from further crimes of this

13   defendant, I believe that Mr. Tranghese has turned the corner

14   and I think there is little concern that I perceive at this

15   stage of his life.

16          Just punishment and deterrence of others remains a

17   consideration.  Well, first of all, the statute would permit

18   life imprisonment on each count, up to 20 years on each count.

19   Count 6 and 7.  1, 2, 3 and 5 have a max of life.  Count 13 is

20   up to five years.  The guideline calculation, apart from

21   Mr. Tranghese's cooperation, would suggest a sentence in the

22   range of 292 to 365 months.

23          While every case is different, I note that two of the

24   participants, three of the participants in the Bruno murder,

25   Arthur Nigro, Ty Geas, Fotios Geas, each received sentences of

CC7JTRAS                    Sentence

```
1    life without the possibility of parole.  These are individuals

2    against whom Mr. Tranghese testified.  Mr. Tranghese did

3    something right, and what he did that was right, I say, as a

4    person who has never worked one hour of one day in my entire

5    life in a prosecutor's office -- in fact, I've never worked for

6    any government agency.  I'm a member of the judicial branch of

7    government, which is set up in Article III of the Constitution.

8    I don't work for people who are in the executive or legislative

9    branch set up under Articles I and II of the Constitution.

10           I have life tenure and I have my own opinions, and my

11   opinion is that Mr. Tranghese did something right when he

12   decided to finally renounce and to testify against others who

13   had participated in the crimes of the Genovese crime family.

14   He made the decision to assist in eradicating those who

15   continue to support, aid and participate in the activities of

16   organized crime.

17           If you start from the standpoint that organized crime

18   has a right to exist, then it is a proper activity and a worthy

19   activity, then you would see Mr. Tranghese as a traitor and a

20   rat.  I don't see it that way.  The Genovese crime family has

21   no right to exist in a lawful, law-abiding society.  It is an

22   organization that engages in criminal acts, and Mr. Tranghese,

23   for undoubtedly very selfish reasons, not for virtuous reasons,

24   but to help himself, finally renounced that life and agreed to

25   testify against others.
```

1          I heard his testimony.  I saw the man.  I heard the

2     cross-examination, cross-examination in the first trial by

3     three teams of lawyers.  I say, "teams."  Each of the

4     defendants was represented by two counsel, and then at the

5     second trial by the defense counsel for that defendant.

6          Based on my view of Mr. Tranghese's testimony, I

7     believe he testified truthfully, and to reward those who

8     renounce organized crime and agree to make amends by

9     testifying, there should be consideration at the time of

10    sentencing.  It is an appropriate thing to do to encourage

11    others to likewise cooperate and extinguish organized crime in

12    this country, a noble concept.

13         Based on all the surrounding facts and circumstances,

14    I conclude there should be a sentence on Counts 1, 2, 3, 5, 6,

15    7 and 13 of 48 months on each count, to run concurrently, and

16    to be followed by three years of supervised release on each

17    count, with waiver of the fine based on the present

18    circumstances of relatively limited assets and no earning

19    ability is appropriate.

20         Is the government seeking forfeiture in this case?

21         MR. McQUAID:  No, your Honor.

22         THE COURT:  All right.  A special assessment of

23    $700.00 is sufficient but not greater than necessary to achieve

24    the purposes of Section 3553 (a).  Does the defendant or his

25    counsel have any objection in the court's proposed section or

1    the statement of reasons for that sentence?

2                  MR. JOSEPH:  No, your Honor.

3                  THE COURT:  Does the government have any such

4    objection to the sentence or to the statement of reasons for

5    the sentence?

6                  MR. McQUAID:  No, Judge.

7                  THE COURT:  The defendant will please stand, and I

8    will pronounce sentence.

9                  Felix Tranghese, it is the judgment of this Court that

10   you are hereby remanded to the custody of the United States

11   Bureau of Prisons, to be imprisoned on Counts 1, 2, 3, 5, 6, 7

12   and 13 for 48 months on each count, to run concurrently, and

13   three years supervised release on each of those counts to run

14   concurrently, with the following terms and conditions:

15                  You shall not commit another federal, state or local

16   crime, nor illegally possess a controlled substance, nor

17   possess a firearm or destructive device.  The mandatory drug

18   testing condition is suspended based on the court's

19   determination that the defendant poses a low risk of future

20   substance abuse.  The defendant shall cooperate in the

21   collection of DNA as directed by the probation officer.

22                  The defendant shall submit his person, residence,

23   place of business, vehicle or any other premises under his

24   control to a search, on the basis that the probation officer

25   has reasonable belief that contraband or evidence of a

CC7JTRAS                        Sentence

1    violation of the conditions of the release may be found.  The

2    search must be conducted at a reasonable time and in a

3    reasonable manner.  Failure to submit to a search may be

4    grounds for revocation.

5           The defendant shall inform any other residents that

6    the premises may be subject to search pursuant to this

7    condition.  You shall provide the probation officer with access

8    to any requested financial information during the period of

9    time that there is any outstanding criminal penalty, which I

10   don't see other than the $700.00 special assessment.

11          You shall report to the nearest Probation Office

12   within 72 hours of release from custody and you may be

13   supervised in the district of your residence.  You shall pay to

14   the United States a special assessment of $700.00, which shall

15   be due immediately.  For the reasons stated, the fine is waived

16   in this case.  As noted, forfeiture is not sought.

17          Mr. Tranghese, you have the right to appeal the

18   sentence that I have imposed on you.  If you cannot afford the

19   cost of an appeal, you may apply for leave to appeal as a poor

20   person.  If you request, the Clerk of Court will prepare and

21   file a notice of appeal on your behalf immediately.

22          Do you understand all of that?

23          THE DEFENDANT:  Yes, sir.

24          THE COURT:  Please be seated.

25          Is there anything further from the government?

CC7JTRAS                          Sentence

1            MR. McQUAID:  No, Judge.  Thank you.

2            THE COURT:  Is there anything further from the

3     defendant?

4            MR. JOSEPH:  Yes, your Honor.  If you could, could

5     Mr. Tranghese be remanded to the Hammond County House of

6     Correction which is Ludlow, Massachusetts.

7            THE COURT:  I can recommend to the Bureau of Prisons

8     that it consider incarcerating Mr. Tranghese in a facility as

9     close as possible to Springfield to facilitate family visits.

10           There are challenges in a case like this as to place

11    of incarceration, and I would not make a recommendation of a

12    specific facility, but make that broader recommendation, and

13    you're free to present whatever arguments you want to the

14    Bureau of Prisons.

15           MR. JOSEPH:  Thank you.

16           THE COURT:  Are there any underlying charging

17    documents?

18           MR. McQUAID:  Judge, I don't think there are.  I think

19    he pled to the original one he was charged in.  To the extent I

20    am wrong, I move to dismiss the underlying charges.

21           THE COURT:  Without objection, that would be granted.

22           Mr. Tranghese, there is quite a bit to think about

23    about your past life and amends that you have to make for that

24    past life, and you also have to focus on the family that stood

25    by you and the future that is ahead of you.  I wish you the

CC7JTRAS                        Sentence

1    very best.

2              THE DEFENDANT:  Thank you.

3              MR. JOSEPH:  Thank you, your Honor.

4              (Court adjourned)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25